[Cite as *State ex rel. Green v. Saffold*, 2014-Ohio-3242.]

# Court of Appeals of Ohio

EIGHTH APPELLATE DISTRICT
COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 101151**

## STATE EX REL. ERIC D. GREEN

RELATOR

vs.

## JUDGE SHIRLEY S. SAFFOLD

RESPONDENT

**JUDGMENT:**
WRIT DENIED

Writ of Procedendo
Motion No. 474018
Order No.   476170

**RELEASE DATE:**   July 22, 2014

**FOR RELATOR**

Eric D. Green
Inmate #A573-121, Grafton
2500 S. Avon Belden Road
Grafton, OH    44044

**ATTORNEYS FOR RESPONDENT**

Timothy J. McGinty
Cuyahoga County Prosecutor
By:    James E. Moss
            Assistant Prosecuting Attorney
Justice Center - 9th Floor
1200 Ontario Street
Cleveland, OH    44113

KENNETH A. ROCCO, P.J.:

{¶1}     Relator, Eric D. Green, petitions this court to compel the respondent judge to dispose of his motion for jail-time credit filed in *State v. Green*, Cuyahoga C.P. No. CR-09-522075-A filed on October 17, 2013.

{¶2} Respondent has filed a motion for summary judgment citing numerous procedural deficiencies in Green's petition and also attached a copy of a journal entry issued by respondent that granted Green's motion for jail-time credit on April 2, 2014. Specifically, respondent asserts that Green failed to comply with the requirements of R.C. 2969.25(C), Civ.R. 10, and Loc.App.R. 45. Respondent's motion for summary judgment is granted based on the procedural deficiencies in Green's petition. Further, Green is not entitled to a writ of procedendo because the action is moot. *State ex rel. Jerninghan v. Cuyahoga Cty. Court of Common Pleas*, 74 Ohio St.3d 278, 1996-Ohio-117, 658 N.E.2d 723; *State ex rel. Gantt v. Coleman*, 6 Ohio St.3d 5, 450 N.E.2d 1163 (1983).

{¶3} Accordingly, respondent's motion for summary judgment is granted. Relator to pay costs; costs waived. The clerk is directed to serve upon the parties notice of this judgment and its date of entry upon the journal. Civ.R. 58(B).

{¶4} Writ denied.

_____
KENNETH A. ROCCO, PRESIDING JUDGE

MARY EILEEN KILBANE, J., and
PATRICIA ANN BLACKMON, J., CONCUR